IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY RUIZ,  ADC #157474**                                                        **PLAINTIFF**

**V.**                          **4:20CV00524-BRW-JTK**

**A. CULCLAGER, et al.**                                             **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Defendants Culclager and Arkansas Department (Division) of Correction are DISMISSED, for failure to state a claim.

Plaintiff's claims based on the failure to follow ADC policy are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 10th day of June, 2020.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE