IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY M. RUIZ,                                                                                    PLAINTIFF
ADC #157474

v.                                          4:20CV00524-BRW-JTK

A. CULCLAGER, et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 82) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 10th day of June, 2021.


                Billy Roy Wilson_____
                UNITED STATES DISTRICT JUDGE

1