# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TONY M. RUIZ,                                                                                       PLAINTIFF
ADC #157474

v.                                              4:20CV00524-BRW-JTK

A. CULCLAGER, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of June, 2021.


        Billy Roy Wilson_____
        UNITED STATES DISTRICT JUDGE